## 53068. PATENT SCAFFOLDING COMPANY v. ETHERIDGE et al.

McMURRAY, Judge.

Our judgment in *Patent Scaffolding Co. v. Etheridge,* 141 Ga. App. 376 (233 SE2d 448), involving the question of whether or not a plaintiff as the widow of deceased could maintain an action in Georgia for wrongful death based upon strict liability under Code Ann. § 105-106 (Ga. L. 1968, pp. 1166, 1167), was necessarily controlled by our decision in *Ford Motor Co. v. Carter,* 141 Ga. App. 371, 373 (2) (233 SE2d 444). The Supreme Court in reviewing our decision has reversed both of these decisions. See *Ford Motor Co. v. Carter,* 239 Ga. 657, and *Patent Scaffolding Co. v. Etheridge,* 239 Ga. 665. Accordingly, our decision, supra, is vacated and the opinion of the Supreme Court in *Ford Motor Co. v. Carter,* supra, is substituted for our decision which requires that the judgment of the trial court be reversed.

*Judgment reversed. Shulman and Birdsong, JJ., concur.*

DECIDED NOVEMBER 9, 1977.

*Freeman & Hawkins, William Q. Bird, Joe C. Freeman, Jr.,* for appellant.

*Shelfer, Shelfer & Eldridge, Frank M. Eldridge, Charles H. Hyatt, Roy E. Stephens, Long, Weinberg, Ansley & Wheeler, John E. Talmadge, Powell, Goldstein, Frazer & Murphy, Frank Love, Jr., Troutman, Sanders, Lockerman & Ashmore, Robert L. Pennington, Greene, Buckley, DeRieux & Jones, John D. Jones,* for appellees.

*William O. Carter,* amicus curiae.